Nos. 878 and 879. PHILADELPHIA & READING RAILWAY COMPANY, PLAINTIFF IN ERROR, *v.* UNITED STATES. In error to the District Court of the United States for the Eastern District of Pennsylvania. Motion to dismiss submitted May 7, 1917. Decided May 21, 1917. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *McLish* v. *Roff*, 141 U. S. 661, 665; *Covington* v. *First National Bank*, 185 U. S. 270, 277; *Heike* v. *United States*, 217 U. S. 423. *Mr. William Clarke Mason* and *Mr. Charles Heebner* for plaintiff in error. *The Solicitor General* for the United States.

---

No. 178. EMMA TAYLOR, ADMINISTRATRIX OF FRANK TAYLOR, DECEASED, AND JOHN P. KIRBY, PLAINTIFFS IN ERROR, *v.* DRAINAGE DISTRICT NUMBER FIFTY-SIX OF EMMET COUNTY, IOWA, ET AL. In error to the Supreme Court of the State of Iowa. Submitted April 19, 1917. Decided May 21, 1917. *Per Curiam.* Judgment affirmed with costs upon the authority of *Huling* v. *Kaw Valley Railway Improvement Co.*, 130 U. S. 559; *Winona & St. Paul Land Co.* v. *Minnesota*, 159 U. S. 540; *Leigh* v. *Green*, 193 U. S. 79; *Ballard* v. *Hunter*, 204 U. S. 241, 261, 262; *American Land Co.* v. *Zeiss*, 219 U. S. 47. *Mr. Edgar A. Morling* for plaintiffs in error. *Mr. Hugh H. Obear* for defendants in error.